is **GRANTED.** The issues, as stated by Petitioner are:

a. Whether the Superior Court's holding that Respondent's consent to a blood alcohol test was invalid was an unreasonable application of the Fourth Amendment's prohibition against unlawful searches and seizures, where the totality of the circumstances demonstrated that Respondent's consent was freely and voluntarily given, where there was no force or coercion by police, where Respondent was advised of his right to refuse, and where Respondent was aware that the consent was being requested as a result of a police investigation into a three-vehicle motor vehicle collision with a possible fatality, wherein respondent was one of the operators involved?

b. Whether the Superior Court, in finding that Respondent's consent was invalid because it was not "knowing," overlooked, misapprehended and/or ignored the record set forth below, and improperly acted as fact finder in reweighing the evidence, thereby invading the province of the suppression court?

c. Whether the Superior Court misapplied the Pennsylvania Supreme Court's holding in *Danforth* as the facts in Danforth [sic] are significantly different from the circumstances in the instant case?

**ESTATE OF Joseph E. CODY, Sr., an Incapacitated Person.**

**Petition of Kelly Ann Cody, Original P.O.A. of Mr. Joseph E. Cody, Sr.**

**No. 55 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 18, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of October, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

**JACOB STERN AND SONS, INC.,**

v.

**Adele SAVAIANO and Fred Hawco, Jayant Oil and Derivatives, Ltd., and Jodl, Inc., and John and Jane Does I–X.**

**Petition of Jayant Oils & Derivatives, Ltd. and Jodl, Inc.**

**Jacob Stern and Sons, Inc.**

v.

**Adele Savaiano and Fred Hawco, Jayant Oil and Derivatives, Ltd. and Jodl, Inc., and John and Jane Does I–X.**

**Cross Petition of Adele Savaiano and Fred Hawco.**

Supreme Court of Pennsylvania.

Oct. 26, 2011.

*ORDER*

PER CURIAM.

And now, this 26th day of October, 2011 the Petitions for Allowance of Appeal are hereby **DENIED.**

The Emergency Application for Extraordinary Relief Under King's Bench Jurisdiction and Declaration is **DENIED** as moot.

The Application to File Answer to Joint Reply to Emergency Application is **DENIED** as moot.